

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2014

No. 04-13-00183-CV

William R. **SCHLECHT**,
Appellant

v.

Kimberly B. **SCHLECHT**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-05142
Honorable Richard Price, Judge Presiding

# O R D E R

Sitting:       Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Sandee Bryan Marion, Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

The court has considered the Appellant's Motion for Rehearing by Panel and for Rehearing En Banc, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court